UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THE UNITED STATES LIFE**
**INSURANCE COMPANY IN THE CITY**
**OF NEW YORK,**

      **Plaintiff,**

v.                                              Case No: 6:14-cv-2093-Orl-41DCI

**LISA CAMACHO SZETO, ASHTON**
**SZETO, KRISTIAN SZETO, C.J.**
**SZETO and J.K. SZETO,**

      **Defendants.**

                                              /

**ORDER**

THIS CAUSE is before the Court on the Second Joint Stipulation for Disbursement, Discharge and Dismissal (Doc. 66). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation ("R&R," Doc. 67), recommending that the Stipulation, construed as a motion, be granted in part.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 67) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The Second Joint Stipulation for Disbursement, Discharge and Dismissal (Doc. 66), construed as a motion, is **GRANTED in part**.

3. This case is **DISMISSED with prejudice**.

4. Each party shall bear its own attorneys' fees and costs.

5. The Clerk is directed to disburse the funds deposited in the Court's Registry by Plaintiff on February 6, 2015 ($502,121.09), plus any and all accrued interest on those funds, as follows: one check made payable to Lisa Camacho Szeto, mailed to her at 5626 Craindale Drive, Orlando, Florida 32819.

6. The Clerk is further directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record